UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR,<br><br>Plaintiff,<br><br>v.<br><br>DALE CARLSEN, *et al.*,<br><br>Defendants. | Case No.  2:23-cv-0774-DC-JDP (PS)<br><br>ORDER |

On April 28, 2025, I screened plaintiff's complaint and dismissed it for failure to state a claim. ECF 6. I ordered plaintiff to file, within thirty days, either an amended complaint or a notice of voluntary dismissal of this action. *Id.* Plaintiff failed to file an amended complaint or otherwise respond to that order.[1] Accordingly, on June 2, 2025, I recommended that this action be dismissed without prejudice for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the court's April 28, 2025. ECF No. 7.

Plaintiff has now filed a document that purports to be a response to the June 2, 2025 findings and recommendations. ECF No. 9. In light plaintiff's recent filing, and given her pro se status, I will vacate the findings and recommendations and afford plaintiff one final opportunity to file an amended complaint.

---

[1] Plaintiff's copy of the April 28, 2025 order was returned as undeliverable. She has since filed a notice of change of address. ECF No. 8.

1

Accordingly, it is hereby ORDERED that:

1. The June 2, 2025 findings and recommendations are VACATED.

2. By no later than September 11, 2025, plaintiff shall file either an amended complaint or a notice of voluntary dismissal of this action.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   August 12, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE